1
2
3
4
5
6



7
8      UNITED STATES DISTRICT COURT
9      SOUTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            | Criminal Case No. 81CR0247-H
12 |                      Plaintiff,      | JUDGMENT AND ORDER OF
13 |            v.                        | DISMISSAL
14 |
15 | CARLOS ARTURO LOPEZ-BARONA (1),
16 |                      Defendant.

17     GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY
18 ORDERED that the Indictment in the above entitled case against defendant Carlos Arturo Lopez-
19 Barona is **dismissed without prejudice**. The defendant is hereby discharged and the arrest warrant
20 is hereby recalled.

21     IT IS SO ORDERED.

22 Dated: 6/28/12

23                                          MARILYN L. HUFF, U.S. District Judge
24                                          UNITED STATES DISTRICT COURT